IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-PO-00222-DB |
| Plaintiff, | ORDER TO DISMISS AND VACATE COURT TRIAL |
| v. | |
| DANIEL R. ELLIS, | |
| Defendant. | |

ORDER

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:18-PO-00222-DB, United States v. Daniel R. Ellis, without prejudice is GRANTED.

It is further ordered that the court trial set for January 23, 2019 at 9:00 a.m. is vacated.

IT IS SO ORDERED

Dated: January 22, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE